JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

RIGOBERTO ALDANA MORALES,

Petitioner,

v.

WARDEN DESERT VIEW ANNEX, et al.,

Respondents.

Case No. EDCV 26-6749-AS

**JUDGMENT**

Pursuant to the Memorandum Decision and Order,

The Petition is GRANTED IN PART.

DATED: November 23, 2026

/s/

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE